WILLIAM HICKEY *et al.*

*vs.*

JOHN E. RYAN.
⎫
⎬ Exceptions, &c., No. 2113.
⎭

GARNISHMENT : FRAUDULENT ASSIGNMENT OF WAGES.

RESCRIPT.

*Filed January 23, 1896.*

We find no error in the ruling of the court below charging the garnishee. The bill of exceptions shows that the garnishee, who claims under an assignment of wages made to him by the defendant, returned to the defendant about half the wages earned by him each week. This was clearly fraudulent as against other creditors.

Exceptions overruled, and case remitted to the District Court for the Tenth Judicial District.

*James E. Banigan,* for plaintiffs.

*Hugh J. Carroll,* for defendant.